UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS L. HAMMERBACHER,

      Plaintiff,                          Case No. 13-cv-15170

                                            Paul D. Borman
v.                                     United States District Judge

                                            Patricia T. Morris
COMMISSIONER OF              United States Magistrate Judge
SOCIAL SECURITY,

      Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE MORRIS'S APRIL 8, 2016
REPORT AND RECOMMENDATION (ECF NO. 22), (2) GRANTING
DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT (ECF NO. 20),
(3) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES (ECF NO. 18)

On April 8, 2016, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to grant Defendant's motion for entry of final judgment and grant in part and deny in part Plaintiff's motion for an award of attorney fees under 28 U.S.C. § 2412(d), the Equal Access to Justice Act ("EAJA"). (ECF No. 22, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Defendant's motion for entry of final judgment (ECF No. 20), GRANTS IN PART AND DENIES IN PART Plaintiff's motion for

1

an award of fees under the EAJA and awards Plaintiff's attorney $1,482.50 in fees under the EAJA. (ECF No. 18).

IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  June 9, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 9, 2016.

                                          s/Deborah Tofil
                                          Case Manager